E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
        Office of Program Litigation, Office 7
        Office of the General Counsel
        Social Security Administration
        6401 Security Boulevard
        Baltimore, MD 21235
        Telephone:  (510) 970-4809
        Email:  Margaret.Branick-Abilla@SSA.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| TESSA OLK,<br><br>        Plaintiff,<br><br>        v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>        Defendant. | No. 5:23-cv-00109-CBM-RAO<br><br>**JUDGMENT**<br><br>JS-6 |

        Having approved the parties' Stipulation to Remand Pursuant to Sentence Four

of 42 U.S.C. § 405(g) and to Entry of Judgment, THE COURT ADJUDGES AND

DECREES that judgment is entered for Plaintiff.

DATED: July 13, 2023

_____
HON. CONSUELO B. MARSHALL
UNITED STATES MAGISTRATE JUDGE